Argued and submitted February 28, reversed and remanded for reconsideration
August 21, 1991

In the Matter of the Compensation of
Steven K. Miles, Claimant.
## MULTNOMAH COUNTY,
*Petitioner,*

*v.*

Steven K. MILES,
*Respondent.*

(WCB 88-17001; CA A65621)

814 P2d 566

Charles L. Lisle, McMinnville, argued the cause for petitioner. With him on the brief was Cummins, Brown, Goodman, Fish & Peterson, P.C., McMinnville.

Gary L. Tyler, Portland, argued the cause for respondent. With him on the brief were Steven T. Fagenstrom and Galton, Scott & Colett, Portland.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Aetna Casualty Co. v. Aschbacher,* 107 Or App 494, 812 P2d 844 (1991).